PATRICK R. COSTELLO
Florida Bar No. 75034
SECURITIES AND EXCHANGE COMMISSION
100 F Street N.E.
Washington, DC 20549-5985
Telephone: (202) 551-3982
Facsimile: (202) 772-9245
Email: costellop@sec.gov
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>    vs.<br><br>ASHER Z. ZWEBNER,<br><br>           Defendant. | CASE NO. 16CV1013 WQH NLS<br><br>**NOTICE OF RELATED CASE**<br><br>**[Civil Local Rule 40.1(f)]** |

      Plaintiff Securities and Exchange Commission, pursuant to Rule 40.1(f) of the Civil Local Rules of the United States District Court for the Southern District of California, hereby provides notice of the following related case filed in this District on April 25, 2016: *SEC v. Luke C. Zouvas*, Case No. 16CV0998 CAB DHB (the "Zouvas Action").

      The Commission notes that both the above-captioned matter and the Zouvas Action, while based on different allegations of liability under the federal securities laws, involve some of the same underlying facts and some of the same parties.  For

that reason, and in the interest of judicial economy, the Commission submits it may be appropriate to assign both matters to a single district judge.

DATED: April 26, 2016              Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By:   /s/ Patrick R. Costello

PATRICK R. COSTELLO
Attorney for Plaintiff
Email: costellop@sec.gov

OF COUNSEL:

CAROLYN KURR
Maryland State Court E-file No. 9512130114
Email: kurrc@sec.gov
KEITH O'DONNELL
District of Columbia Bar No. 230003
Email: odonnellk@sec.gov

Division of Enforcement
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549
Telephone: (202) 551-7000
Facsimile: (202) 772-9245

## **CERTIFICATE OF SERVICE**

I certify that on April 26, 2016, I caused to be served the foregoing NOTICE OF RELATED CASE by sending a copy by international mail to:

Asher Z. Zwebner
20A Sha'arei Torah
Jerusalem 96387
Israel

/s/ Patrick R. Costello
Patrick R. Costello