

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Securities and Exchange Commission

Civil Action No.   16cv1013-CAB-DHB

**Plaintiff,**

V.

Asher Z. Zwebner

**DEFAULT JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

It is hereby ORDERED
1. Zwebner shall pay disgorgement and prejudgment interest of $269,480.49 and a civil penalty in the amount of $231,121.00 pursuant to Section 20(d)(2) of the Securities Act, 15 U.S.C. § 77t(d)(2), and Section 21(d)(3) of the Exchange Act, 15 U.S.C. § 78u(d)(3). Zwebner shall satisfy these obligations by paying the combined total amount of $500,607.49 to the Commission within fourteen(14) days after entry of this judgment. The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Judgment. Zwebner shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961. 2. With respect to the injunctions prescribed in Paragraphs 3(a)-(b) of the Court's November 29, 2016, the paragraphs also bind the following who receive actual notice of this Judgment by personal service or otherwise: (a) Zwebner's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Zwebner or with anyone described in (a). See FED. R. CIV. P. 65(d)(2).

Date:   1/10/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/ J. Gutierrez

J. Gutierrez, Deputy